IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00079-PAB-KMT

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Plaintiff,

v.

INTRAWEST ULC f/k/a Intrawest Corporation,
FEDERAL INSURANCE COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, and
CONTINENTAL CASUALTY COMPANY,

    Defendants,

INTRAWEST ULC f/k/a INTRAWEST CORPORATION,

    Third Party Plaintiff,

v.

WILLIS NORTH AMERICA, INC. f/k/a WILLIS CORROON CORPORATION,
WILLIS OF NEW YORK, INC.,
WILLIS INSURANCE BROKERAGE OF UTAH, INC.,
WILLIS OF NEW JERSEY, INC.,
WILLIS CONSTRUCTION SERVICES CORPORATION OF NEW JERSEY f/k/a Willis Corroon Construction Services Corporation of New Jersey,
WILLIS CORROON CONSTRUCTION SERVICES CORPORATION OF CONNECTICUT,
WILLIS CORROON CONSTRUCTION SERVICES CORPORATION,
WILLIS OF NEW HAMPSHIRE, INC. f/k/a Willis Corroon Corporation of New Hampshire,
WILLIS OF MASSACHUSETTS, INC., and
JOHN DOE WILLIS ENTITY,

    Third Party Defendants.

**MINUTE ORDER**

**Entered by Judge Philip A. Brimmer**

This matter is before the Court on Engelberth Construction, Inc.'s Motion to Dismiss [Docket No. 45] filed by Engelberth Construction, Inc. ("Engelberth").  On April 26, 2013, Engelberth filed a motion to intervene [Docket No. 44], which the magistrate judge denied without prejudice [Docket No. 58].  On May 3, 2013, Engelberth filed a second motion to intervene [Docket No. 65].  On February 6, 2014, Engelberth withdrew its second motion to intervene, stating that it "no longer wishes to participate in the litigation."  Docket No. 195 at 2.  Because Engelberth no longer seeks to intervene in this case, it is therefore

**ORDERED** that Engelberth Construction, Inc.'s Motion to Dismiss [Docket No. 45] is **DENIED** as moot.

Dated February 12, 2014.