# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No:    13-cv-00079-PAB-KMT | Date:   May 11, 2015 |
| Courtroom Deputy:   Laura Galera | FTR:   Courtroom C-201 |

*Parties:*  *Counsel:*

NATIONAL UNION FIRE INSURANCE COMPANY   Joseph P. Lang
OF PITTSBURGH, PA,   Paul D. Motz
   Douglas A. Stevens

   Plaintiff,

v.

INTRAWEST ULC   Christopher R. Mosley
f/k/a INTRAWEST CORPORATION,
FEDERAL INSURANCE COMPANY,   Brett M. Godfrey
NATIONAL FIRE INSURANCE COMPANY OF   Michael P. O'Bresly
HARTFORD, and
CONTINENTAL CASUALTY COMPANY,
   Defendants.

WILLIS NORTH AMERICA, INC.   David M. Satnick

   Third-Party Defendant.

## COURTROOM MINUTES

**MOTIONS HEARING**

**1:44 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding the length of depositions.

**ORDERED:**         Attorney Brett Godfrey is ordered to appear at the depositions scheduled
            for June 23, 2015, June 24, 2015 and June 25, 2015.

| | |
|---|---|
| **ORDERED:** | National Union Fire Insurance Company of Pittsburgh PA.'s Motion to Compel Outstanding Depositions of Intrawest [Docket No. **310**, File April 15, 2015] is **GRANTED IN PART AND DENIED IN PART.** Counsel are ordered to set the deposition dates of Linda Huot, Jim Greehey and the 30b(6) deposition of Intrawest **within ten days.** |
| **ORDERED:** | National Union Fire Insurance Company of Pittsburgh PA.'s Motion to Extend the Scheduling Order [Docket No. **313**, filed April 16, 2015] is **GRANTED IN PART AND DENIED IN PART** with the extension of deadlines as outlined below. |
| **ORDERED:** | Deadline for disclosure of affirmative experts is **July 30, 2015** |
| **ORDERED:** | Deadline for disclosure of rebuttal experts is **August 31, 2015.** |
| **ORDERED:** | Discovery deadline set **September 30, 2015.** |
| **ORDERED:** | Dispositive motion deadline set **October 30, 2015.** |
| **ORDERED:** | National Union Fire Insurance Company of Pittsburgh, PA's Motion to Amend the May 7, 2013 Scheduling Order to Permit Additional Interrogatories, Document Requests, and Requests to Admit [Docket No. **315**, filed April 16, 2015] is **GRANTED.** Each party group is granted an additional **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production and **twenty-five (25)** requests for admission. |
| **ORDERED:** | Telephonic Status Conference set **June 9, 2015 at 4:00 p.m.** before the Honorable Magistrate Judge Kathleen M. Tafoya. |
| **ORDERED:** | Deadline for issuing written discovery is **August 26, 2015.** |

HEARING CONCLUDED.

**Court in recess:**   3:33 p.m.
Total In-Court Time:   01:49