IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00079-PAB-KMT | Date: | June 23, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

NATIONAL UNION FIRE INSURANCE COMPANY   Joseph Lang
OF PITTSBURGH, PA,   Paul Motz
   Douglas Stevens

 Plaintiff,

v.

INTRAWEST ULC f/k/a INTRAWEST   Katherine Varholak
CORPORATION,
FEDERAL INSURANCE COMPANY,   Aaron Hayden
NATIONAL FIRE INSURANCE COMPANY OF
HARTFORD, and
CONTINENTAL CASUALTY COMPANY,

 Defendants.

## COURTROOM MINUTES

**MOTIONS HEARING**

**1:35 p.m.**  **Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding the status of Karen Bradley and Barron Weinstein, attorney/client privileged information, potential sanctions, common interest doctorine, and at issue waiver.

2:00 p.m.  Record sealed. Parties are permitted to order this portion of the transcript without a further court order, however, it must be maintained under Restriction Level 1.

**3:07 p.m.**  **Court in recess.**
**3:23 p.m.**  **Court in session.**

The record continues to be sealed.

3:39 p.m.   Record unsealed.  Court will attempt to not make any references to Exhibit I in Document 335, Exhibit B in Document 347, and Exhibit C in Document 347.

Court states its findings and rulings.

**ORDERED:** **National Union Fire Insurance Company of Pittsburgh, PA's Motion to Compel Depositions of Intrawest Witnesses Karen Bradley and Barron Weinstein [335] is DENIED.**

**ORDERED:** **Intrawest ULC, F/K/A Intrawest Corporation's Motion for Protective Order Regarding Depositions of Intrawest's Counsel [367] is GRANTED.**

**ORDERED:** **Intrawest ULC's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5)(B) [347] is GRANTED.**

**ORDERED:** **Intrawest ULC's Motion to Restrict Access to Various Exhibits Attached to Intrawest's Motion for a Protective Order and National Union's Motion to Compel [350] is GRANTED.  Exhibit B to Document 347 shall be held under Restriction Level 2.  Exhibit C to Document 347 shall be held under Restriction Level 1.  Exhibit I to Document 335 shall be held under Restriction Level 3.**

**ORDERED:** **National Union's Motion to Compel Intrawest to Produce Karen Bradley's Communications and Memorandum of Law in Support [363] is DENIED. Intrawest is, however, ORDERED to search for and produce communications authored by or copied to Karen Bradley that are not privileged.**

**ORDERED:** **Intrawest ULC's Motion to Restrict Access to a Privileged Document [398] is GRANTED.**

**ORDERED:** **Motion to Compel Deposition of National Union's Witness, Christopher Weir, In His Individual Capacity [353] is GRANTED.**

**ORDERED:** **National Union Fire Insurance Company of Pittsburgh, PA's Motion for Protective Order Regarding Second Deposition of Christopher Weir [354] is DENIED.**

Discussion regarding identity of Intrawest's 30(b)(6) representatives.

**ORDERED:** **Intrawest shall provide the identity of their Rule 30(b)(6) deponents to National Union on or before July 6, 2015.**

Discussion regarding National Union deposition dates.

**ORDERED:   National Union shall provide deposition dates to Intrawest on or before July 6, 2015.**

**4:31 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    02:40

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.