**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

No. 1:13-cv-00079-PAB-KMT

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,
Plaintiff and Intervenor Defendant,
v.

INTRAWEST ULC f/k/a INTRAWEST CORPORATION,
FEDERAL INSURANCE COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, and
CONTINENTAL CASUALTY COMPANY,

Defendants, and

INTRAWEST U.S. HOLDINGS, INC.,
INTRAWEST RESORTS, INC.,
UPPER BENCH DEVELOPMENT CORPORATION,
INTRAWEST CALIFORNIA HOLDINGS, INC.,
SIERRA STAR THREE DEVELOPMENT CORPORATION,
THE STRATTON CORPORATION, and
INTRAWEST STRATTON DEVELOPMENT CORPORATION,

Intervenor Plaintiffs,

INTRAWEST ULC f/k/a INTRAWEST CORPORATION,

Third-Party Plaintiff
v.

WILLIS NORTH AMERICA, INC. f/k/a WILLIS CORROON CORPORATION,
WILLIS OF NEW YORK, INC.,
WILLIS INSURANCE BROKERAGE OF UTAH, INC.,
WILLIS OF NEW JERSEY, INC.,
WILLIS CONSTRUCTION SERVICES CORPORATION OF NEW JERSEY f/k/a WILLIS CORROON CONSTRUCTION SERVICES CORPORATION OF NEW JERSEY,
WILLIS CORROON CONSTRUCTION SERVICES CORPORATION OF CONNECTICUT,
WILLIS CORROON CONSTRUCTION SERVICES CORPORATION,
WILLIS OF NEW HAMPSHIRE, INC. f/k/a WILLIS CORROON CORPORATION OF NEW HAMPSHIRE, and
WILLIS OF MASSACHUSETTS, INC.,

Third-Party Defendants.

_____

**ORDER GRANTING
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S
UNOPPOSED MOTION FOR ISSUANCE OF LETTER ROGATORY**
_____

Upon consideration of the Unopposed Motion for Issuance of Letter Rogatory (Doc. No. 450) concerning discovery from Daniel Jarvis filed by National Union Fire Insurance Company of Pittsburgh, Pa., the Court finds that: (1) Mr. Jarvis possesses discoverable information relevant to the claims and defenses in this lawsuit; (2) the information and documents identified in proposed letter rogatory attached to the Motion as Exhibit A are discoverable information and documents relevant to the claims and defenses in this lawsuit; and (3) there is no good cause why the requested letter rogatory should not be issued.  Accordingly, the Motion (Doc. No. 450) should be and is hereby GRANTED.

IT IS THEREFOR ORDERED that, contemporaneously with the entry of this Order, the Court shall issue a letter rogatory in the form attached to the Motion as Exhibit A.

Dated this 29th day of July, 2015.

_____
Kathleen M. Tafoya
United States Magistrate Judge