IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:     13-cv-00079-PAB-KMT | Date:   August 11, 2015 |
| Courtroom Deputy:    Sabrina Grimm | FTR:    Courtroom C-201 |

*Parties:*  *Counsel:*

NATIONAL UNION FIRE INSURANCE COMPANY   Matt Fink
OF PITTSBURGH, PA,

   Plaintiff,

v.

INTRAWEST ULC f/k/a INTRAWEST   Kellie Fetter
CORPORATION,
FEDERAL INSURANCE COMPANY,   Anne Nolte
   Brett Godfrey
NATIONAL FIRE INSURANCE COMPANY OF   Cathleen Heintz
HARTFORD, and
CONTINENTAL CASUALTY COMPANY,

   Defendants.

# COURTROOM MINUTES

**MOTION HEARING**

**1:30 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Also present by telephone on behalf of Third Party Defendant Willis, David Satnick.

Discussion and argument regarding the production of expense reserves as to defense costs, underlying claim files, case evaluation reports, loss reports, policies, procedures, guidelines, and documents reviewed in preparation for deposition.

**ORDERED:   Defendant Federal Insurance Company is directed to produce documentation with respect to the defense reserves to Plaintiff, as discussed, on or before August 18, 2015.**

**ORDERED:** Defendant Federal Insurance Company is directed to file documents pertaining to the case evaluation reports and large loss notices for in camera review, restricted level 3, on or before August 14, 2015.

**ORDERED:** Plaintiff is directed to file a response regarding the case law referenced at today's hearing and relevant to the in camera review on or before August 17, 2015.

**ORDERED:** National Union Fire Insurance Company of Pittsburgh, PA.'s Second Motion to Compel Documents from Federal Insurance Company [429] is GRANTED IN PART AND DENIED IN PART, as stated on record. The single issue of potential production of case evaluation reports and large loss notices is taken under advisement and a written Order will issue after in camera review.

Discussion and argument regarding extension of expert deadlines.

**ORDERED:** Defendants', Intervenors', and Third Party Defendants' Joint Motion for Extension of Scheduling Order [427] is GRANTED. The deadlines are extended as follows:

- **Affirmative expert disclosure deadline: August 31, 2015**
- **Rebuttal expert disclosure deadline: September 30, 2015**
- **Expert discovery cut-off: October 15, 2015, for the limited scope of deposing experts that file a report.**

**All other dates remain as previously scheduled, including the fact discovery cut off of September 30, 2015.**

Discussion regarding Intrawest's 30(b)(6) deposition. Court states its practice regarding discovery disputes. Counsel agree to confer on the issue further.

**2:40 p.m.     Court in recess.**

Hearing concluded.
Total in-court time    01:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.