IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:     13-cv-00079-PAB-KMT | Date:   September 24, 2015 |
| Courtroom Deputy:    Emily Buchanan | FTR:    Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | Joseph Lang |
| Plaintiff, | |
| v. | |
| INTRAWEST ULC f/k/a INTRAWEST CORPORATION, | Kellie Fetter |
| FEDERAL INSURANCE COMPANY, | Anne Nolte |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, and CONTINENTAL CASUALTY COMPANY, | Michael O'Bresly |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**1:38 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Also present, David Satnick, for Third Party Defendants.

Discussion regarding Defendants' Motion to Quash and for a Protective Order Pursuant to Fed. R. Civ. Pro. 26(c)(1)(A) Preventing the Deposition of Geoffrey Hall.

1:40 p.m.     Argument by Ms. Fetter.

1:43 p.m.     Response by Mr. Lang.

1:46 p.m.     Statement by Mr. Satnick.

1:48 p.m.       Statement by Mr. O'Bresly.

Statements by the Court.

1:56 p.m.       Further response by Mr. Lang.

**ORDERED:** Defendants' Motion to Quash and for a Protective Order Pursuant to Fed. R. Civ. Pro. 26(c)(1)(A) Preventing the Deposition of Geoffrey Hall (Doc. No. 501 – filed September 23, 2015) is **GRANTED for the reasons stated on the record**.

**1:59 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:  00:21

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.