IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00079-PAB-KMT | Date: | November 10, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

NATIONAL UNION FIRE INSURANCE COMPANY  Joseph Lang
OF PITTSBURGH, PA,  Paul Motz
 Douglas Stevens

    Plaintiff,

v.

INTRAWEST ULC f/k/a INTRAWEST  Kellie Fetter
CORPORATION,  Carla Martin
FEDERAL INSURANCE COMPANY,  Brett Godfrey
 Ann Nolte
NATIONAL FIRE INSURANCE COMPANY OF  Michael O'Bresly (by telephone)
HARTFORD, and
CONTINENTAL CASUALTY COMPANY,

    Defendants.

## COURTROOM MINUTES

**MOTIONS HEARING**

 **1:36 p.m.**    **Court in session.**

Court calls case. Appearances of counsel.

Also present, David Satnick by telephone for the Third Party Defendant Willis entities.

Discussion regarding National Union Fire Insurance Company of Pittsburgh, PA.'s Motion to Compel a Second Deposition of James P. Schratz and Production of Improperly Withheld Documents [569]. Court states the motion is not fully briefed and will not be addressed today.

**ORDERED:** The Final Pretrial Conference is VACATED and RESET for December 1, 2015 at 1:30 p.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. The parties shall submit a proposed final pretrial order seven days prior to the conference.

**ORDERED:** A Motion Hearing is set for December 1, 2015 at 1:30 p.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya regarding National Union Fire Insurance Company of Pittsburgh, PA.'s Motion to Compel a Second Deposition of James P. Schratz and Production of Improperly Withheld Documents [569]. Any responses to the motion shall be filed by close of business on November 19, 2015. Replies shall be filed on or before November 25, 2015. David Satnick and Brett Godfrey are permitted to appear by telephone. The parties must initiate a conference call and contact 303-335-2780 at the scheduled time.

Discussion and argument regarding bifurcation, anticipated trial time, claim notes, and disclosure of experts on attorneys' fees.

**ORDERED:** Motion for Protective Order and Extension to Disclose Expert Regarding Attorneys' Fees and Costs [481] is GRANTED IN PART AND DENIED IN PART. Experts should not be disclosed with respect to the attorneys' fees issues until a ruling has been made on the Motion in Limine to Bifurcate and Defer Determination of Attorneys' Fees & Costs [390]. The parties shall submit a status report regarding attorneys' fees and any remaining documents that need to be produced, as discussed, within two days of the ruling on the Motion in Limine to Bifurcate and Defer Determination of Attorneys' Fees & Costs [390]. The invoices concerning attorney fees on al underlying cases shall be produced on or before December 1, 2015.

Discussion and argument regarding additional discovery. Court clarifies the additional 25 interrogatories, 25 requests for production, and 25 requests for admission gave each party group a total of 50 in each category.

**ORDERED:** National Union's Motion to Compel Intrawest and Fully Respond to Discovery Requests [509] is GRANTED IN PART AND DENIED IN PART. The motion is denied as to the issue of mediation privilege and granted in all other respects. Intrawest is directed to provide responses, as discussed, on or before December 1, 2015.

2:53 p.m.    Court in recess.
3:02 p.m.    Court in session.

Discussion and argument regarding claim notes, documents on O'Farrell's hard drive, and inadvertent production of documents to an expert.

**ORDERED:** **National Union is directed to provide the documents on O'Farrell's hard drive, as discussed, by noon on November 12, 2015.**

**ORDERED:** **Motion to Compel National Union's Responses to Intrawest, ULC's First Discovery Requests [510] is DENIED, for reasons stated on record.**

**ORDERED:** **Intrawest's Supplemental Motion to Compel National Union's Communications with Outside Counsel Referenced in the Claims Notes [527] is DENIED, for reasons stated on record.**

**ORDERED:** **National Union Fire Insurance Company of Pittsburgh, PA.'s Motion for Protective Order Regarding Privileged Materials Intrawest Seeks Based on Subject Matter Waiver [531] is GRANTED, for reasons stated on record.**

Discussion regarding restricted documents Level 3 for in camera review filed on September 4, 2015 [Doc. No. 486 through 492]. The restriction on the documents shall be reduced to Level 1 after the Court's review, if the documents were properly redacted as directed. A separate written order will be issued.

**4:54 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    03:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.