IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00079–PAB–KMT

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Plaintiff/ Intervenor Defendant/Counter Defendant

v.

INTRAWEST ULC f/k/a INTRAWEST CORPORATION,
FEDERAL INSURANCE COMPANY,
NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, and
CONTINENTAL CASUALTY COMPANY,

    Defendants, and

INTRAWEST U.S. HOLDINGS, INC.,
INTRAWEST RESORTS, INC.,
UPPER BENCH DEVELOPMENT CORPORATION,
INTRAWEST CALIFORNIA HOLDINGS, INC.,
SIERRA STAR THREE DEVELOPMENT CORPORATION,
THE STRATTON CORPORATION, and
INTRAWEST STRATTON DEVELOPMENT CORPORATION,

    Intervenor Plaintiffs,

INTRAWEST ULC f/k/a INTRAWEST CORPORATION,

    Third-Party Plaintiff

v.

WILLIS NORTH AMERICA, INC. f/k/a WILLIS CORROON CORPORATION,
WILLIS OF NEW YORK, INC.,
WILLIS INSURANCE BROKERAGE OF UTAH, INC.,
WILLIS OF NEW JERSEY, INC.,
WILLIS CONSTRUCTION SERVICES CORPORATION OF NEW JERSEY f/k/a WILLIS
CORROON CONSTRUCTION SERVICES CORPORATION OF NEW JERSEY,
WILLIS CORROON CONSTRUCTION SERVICES CORPORATION OF CONNECTICUT,

WILLIS CORROON CONSTRUCTION SERVICES CORPORATION,
WILLIS OF NEW HAMPSHIRE, INC. f/k/a WILLIS CORROON CORPORATION OF NEW HAMPSHIRE,
WILLIS OF MASSACHUSETTS, INC., and
JOHN DOE WILLIS ENTITY,

    Third-Party Defendants, and

FEDERAL INSURANCE COMPANY,
INTRAWEST ULC f/k/a INTRAWEST CORPORATION,

    Counter Claimant.

## ORDER

This matter is before the court on review of documents submitted by Defendant Federal Insurance Company in compliance with the court's order of August 27, 2015.   [Doc. Nos. 486 – 492.]

The court's August 27, 2015 Order [Doc. No. 480] ("Order") concerned the court's *in camera* review of documents provided by Defendant Federal Insurance Company ("Federal") for which Federal was claiming privilege.   The court directed that with respect to the documents reviewed, Federal was required to provide certain documents to Plaintiff; however, the court directed that as to each category of documents, certain items should be redacted as subject to privilege and that other parts of the documents should be released as not privileged.   In order to insure compliance with the court's detailed directives, the court required that Federal redact and prepare the documents as ordered and then "file the documents with the court, under restriction Level 3, on or before September 4, 2015" with the intent that the court would review the

documents to ensure compliance with the Order.  (Order at 14.)  The court stated that "if compliance is met, [the court] shall thereafter reclassify the documents as restricted Level 1, authorizing access to the other parties in the case."  (*Id.*)

Federal timely filed the redacted documents under restriction Level 3.  [Doc. Nos. 486, 487, 488, 489, 490, 491, and 492.]  Upon review of the submitted documents, the court has determined that the documents have been properly redacted in compliance with the court's Order and that the documents should now be released to the other parties in the case.  Because the documents have been designated as Confidential, the court finds that continued protection of the documents at restriction Level 1 is appropriate at this time.

It is therefore **ORDERED**

The Clerk of Court is directed to release documents numbered 486, 487, 488, 489, 490, 491, and 492 from restriction Level 3 and instead place and hold the documents under restriction Level 1.

Dated November 17, 2015.
.

BY THE COURT:

_____
Kathleen M Tafoya
United States Magistrate Judge