**MICHAEL A. RODMAN, CPCU**
c/o Albert Risk Management Consultants
72 River Park, Needham, MA 02494
(781) 710-6287 (Mobile) / (781) 726-6627 (Office)

*Vice President and Principal:*  J.H. Albert International Insurance Advisors, Inc., d/b/a Albert Risk Management Consultants
(August, 1969 - Present)

   *Principal Duties:*  Provide advice and counsel to corporate clients regarding their risk management programs and procedures, including: related property and casualty insurance; fairness of premium charges; services provided by agents, brokers and insurers; and risk financing techniques. Work with clients, their insurance agents, brokers, insurers and risk management service companies to maintain insurance and risk management programs on an ongoing basis. Provide legal support services, including expert testimony/opinions.  Perform risk management and insurance due diligence in connection with mergers and acquisitions.

*Account Executive*, Strauss-Mann Insurance Associates
Boston, MA
(January, 1963 - August, 1969)

   *Principal Duties:*  Sale of commercial and personal property and casualty insurance and day-to-day servicing of accounts.  Placement of insurance coverage and design of corporate insurance programs.

## EDUCATIONAL BACKGROUND

*University of Massachusetts*, Amherst, MA.  Graduated 1961, BBA.

*The American Institute for Property and Liability Underwriters*, 1968.  Awarded CPCU designation.

## GENERAL

Guest lecturer on property insurance - American Management Association.
Guest speaker on risk management and insurance for various organizations.
Author of articles on risk management and the insurance industry.
Member of Society of Risk Management Consultants.
Member of Society of CPCU.
Director and Meetings Chair - Society of Risk Management Consultants
Licensed Insurance Advisor in Massachusetts, Maine and New York.
Licensed Insurance Broker in Massachusetts 1963 - 1970.

**EXHIBIT 4**

## MAJOR ACCOMPLISHMENTS

Designed and arranged implementation of complete insurance programs for major corporations, institutions and governmental entities.  Performed captive insurance company and self-insurance feasibility studies.  Designed insurance bid rate calculation system for large contracting corporation.  Performed risk management studies for national and international corporations.  Provided litigation support services, including expert testimony and/or opinions, in approximately one-hundred insurance disputes over the past thirty years.

## ARTICLES AUTHORED

"*Hiring a Risk Management Consultant Takes Time and Effort*"  National Underwriter, July 4, 1988
"*The Risk Takers Guide to Riding the Insurance Cycle*"  Corporate Cash Flow, September, 1989
"*Tough Times Create Opportunities for Reducing Insurance Costs*"  Business Times, March 25, 1991
"*Cost Containment Strategies for Tough Times*"  Property Management Monthly, February, 1991
"*Insurance Goes Overseas*"  Mass. High Tech, February 24, 1991
"*Financing the Workers' Compensation Obligation -  Insurance, Self Insurance, Loss Management*"  Mass. Continuing Legal Education, 1992
"*The Benefits of Making Risk Management Part of Your Corporate Culture*"  Albert Advisor, Spring, 1992
"*Be Aware of Managed Care's Hidden Liabilities*"  Albert Advisor, Summer, 1992
"*Employers Can Take Control of Workers' Compensation*"  Albert Advisor, Summer, 1994
"*Agents' and Brokers' Malpractice Risk is On The Rise*"  Client Alert, August 2002
"*Risk Identification in The Cyber Era*"  American Bar Association Section of Business Law Spring 2006 Meeting Presentation
"*Insurance Cost Containment Strategies for Tough Times*"  New England Real Estate Journal, July 11-17, 2008
"*Certificates of Insurance: What You See is Not What You Get*" Client Alert, July 2009
"*Certificates of Insurance: The Devil is in The Details*"  Banker & Tradesman Commercial Real Estate Monthly, August 31, 2009
"*Claims-Made Policies Can Be Hazardous to Your (Company's) Health*" Client Alert, January 2010
"*Better Safe than Sorry – Report All Incidents!*"  New England Real Estate Journal, April 9 – 15, 2010
"*The Social Media Boom – Could it Bust Your Company?*"  New England Real Estate Journal, July 9 – 15, 2010
"*Archaic Insurance Requirements – What's in Your Contract?*"  Client Alert, July 2011
"*Workers' Comp. Expense is Going Up – Take Action Now*" Client Alert, March 2012
"*Claims-Made Policies Can Be Hazardous to Your (Company's) Health – Part Two*" Client Alert, June 2012
"*The Insurance Buyer's Guide to Avoiding Costly Contracting Practices*" Client Alert, March, 2013
"*Separating Expectation from Reality – And the Beat Goes On*" Client Alert, June, 2014
"*The Crumbling Tower – Can You Count on Your Defense Being Funded in a Layered Liability Insurance Program?*" Client Alert, August 2014
"*Managing the Risk of Sexual Harassment In (and Out of) the Workplace*" Client Alert, July 2015

## TESTIMONY

I have testified (trial and/or deposition) in thirty-one (31) insurance litigation cases.  Cases involved insurance agent/broker errors or omissions, insurance industry practices, premium disputes, and technical interpretation

of insurance contract language, terms and conditions.  In addition, I have been engaged as an expert in approximately eighty (80) cases where expert opinions were provided but no testimony was required. Engagements have been by both defense and plaintiff's counsel.  I have been admitted to testify in the following courts:  Norfolk County (MA) Superior; Suffolk County (MA) Superior; Essex County (MA) Superior; Middlesex County (MA) Superior; Rhode Island Superior; and, The High Court Dublin, Ireland.  I have never been disqualified as an expert witness.

I have given expert testimony at deposition or trial in the past four years in the following cases:

Kohl's Department Stores, Inc. v. W/S Alfred Road Properties LLC and S.W. Cole Engineering, Inc. - Cumberland, SS (ME) Sup. # CV-08-391 (Deposition 2011)

State of Ohio Atty. General v. American Int'l. Group, Inc. et al - Ct. of Common Pleas, Cuyahoga County, OH # CV 07 633857 (Deposition 2011)

Triumph Foods LLC v. A.J. Gallagher Risk Mgt. Services et al - Circuit Ct. of Buchanan County, MO # 08BU-CV03145 (Deposition 2011)

LES Realty Trust 'A', et al v. Landmark American Insurance Co., Frederick E. Penn Insurance Agency, Inc., Penn Insurance Services, and Risk Placement Services, Inc – Comm. of Massachusetts, Suffolk, SS., Superior Ct. C.A.NO. 07-3299-BLS2 (Deposition 2011)

Office Furniture Rental Alliance, LLC v. Liberty Mutual Insurance Company – U.S. District Court for the District of Connecticut, # 3:01-cv-01889-JBA (Deposition 2012)

Convergent Wealth Advisors LLC v. Lexington Insurance Co. -  Circuit Court for Montgomery County, MD, Civ. # 360814-V (Deposition 2014)

Equity Lifestyle Properties, Inc. v. Hartford Ins. Grp., Essex Ins. Co., Lexington Ins. Co., Westchester Surplus Lines Ins. Co., & Aon Risk Services, Inc. of IL - Circuit Ct. of Cook County, IL # 07-CH-16548 (Deposition 2013)

Pavonix, Inc. v. EBS CI, LLC and Capstone Insurance, LLC - Middlesex Sup. Civil Action # 2011-01399 (Deposition 2014)

J.D. Steel Co., Inc. and Layton Construction Co., Inc. v. Certain Underwriters at Lloyd's London, Wrapid Specialty, Inc., f/k/a DBH Resources, Inc., Interstate Fire & Casualty Company, and Moody Insurance Agency – District Ct., City and County of Denver, CO, #2011CV8101 (Deposition 2014)

Trishan Air, Inc. et al v. Federal Insurance Company, Starr Aviation Agency, The Buckner Co., D. Wittwer, and Arlington/Roe & Co. - US Dist. Ct. Central Dist. Of CA, # CV07-06204RGK-FMO (Deposition 2015)
Governor House, Inc. v. KT&D, Inc. - Sup. Court of Delaware, New Castle County C.A. No. 14C-06-126 JRJ (Deposition 2015)