IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:    13-cv-00079-PAB-KMT | Date:  January 22, 2016 |
| Courtroom Deputy:  Sabrina Grimm | FTR:   Courtroom C-201 |

*Parties:*                                                                                  *Counsel:*

NATIONAL UNION FIRE INSURANCE COMPANY            Joseph Lang
OF PITTSBURGH, PA,                                                              Amy Kunzer
                                                                                                       Douglas Stevens

   Plaintiff/Counter Defendant

v.

FEDERAL INSURANCE COMPANY,                                       Ann Nolte

   Defendant/Counter Plaintiff,

and

NATIONAL FIRE INSURANCE COMPANY OF                  Michael O'Bresly (by telephone)
HARTFORD, and
CONTINENTAL CASUALTY COMPANY,

   Defendants.

---

## COURTROOM MINUTES

**MOTION HEARING**

**1:32 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Mr. Lang states Plaintiff does not intend to call Mr. O'Farrell to testify during trial.
Court advises counsel Mr. O'Farrell does not have to comply with the subpoena since he will not be called to testify.

Discussion and argument regarding requests for admission.

**ORDERED:** Defendant Federal Insurance Company's Motion to Compel and for Sanctions Against National Union and Rory K. O'Farrell [614] is GRANTED IN PART AND DENIED AND PART, consistent with the discussion held in Court.

**ORDERED:** Plaintiff National Union's Motion to Compel Complete Discovery Responses from Federal Insurance Company [661] is GRANTED IN PART AND DENIED AND PART, consistent with the discussion held in Court.

Ms. Nolte informs the Court the case is set for mediation in three weeks.

**1:58 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:26

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.